# EXHIBIT A

# STOCK SALE AGREEMENT

**THIS STOCK SALE AGREEMENT** is entered into as of January 1, 2005, (the "Agreement")by and among **ANTHONY HARPER** (**HARPER**) and **RAMONA RIZZO** (**RIZZO**),.

## RECITALS

**WHEREAS, HARPER** is the owner of **NEW DIMENSION WIRELESS LTD**, which business owns a station license for Call Sign WPSJ970 issued by the FCC (the FCC License) to construct and operate a personal communications services wireless telecommunications system on PCS Block C in the Plattsburg, New York Basic Trading Area, BTA #352.; and

**WHEREAS, RIZZO** desires to acquire **HARPER'S** interest in **NEW DIMENSION WIRELESS LTD.;**

**NOW, THEREFORE,** in consideration of the premises and the mutual covenants and agreements herein contained, **HARPER** transfers all of his rights, title and interest in **NEW DIMENSION WIRELESS LTD.** to **RIZZO** and the parties agree as follows:

1.    **Stock and Proprietary Interests.**  **HARPER** shall deliver to **RIZZO** or her designated Agent all rights, title and interest in **NEW DIMENSION WIRELESS LTD**, including all documentation reflecting ownership and or authority to hold the FCC license described above. The change of ownership shall thereafter in accordance with the rules of the FCC will file within the statutory requirements a transfer of the control of the License to **RIZZO** or a designated entity of her choice.

2.    **Term.**                            The term of this Agreement shall commence on the date hereof and the parties acknowledge that compliance with all FCC requirements relating to ownership change shall be complied with promptly.

3.    **Consideration for Sale.**              **HARPER** has agreed to transfer his interests in **NEW DIMENSION WIRELESS LTD.** to **RIZZO** for fair consideration, which shall include a Consultant Agreement with **NEW YORK ACCESS CORP.**, pursuant to which **NEW YORK ACCESS CORP** will receive as compensation, $120,000 per annum for a two year period, together with other financial incentives.  **HARPER** acknowledges that his willingness to enter into this Agreement is based substantially upon this compensation package, which he agrees is fair and equitable.  Further, **HARPER** has agreed to this transfer of all of his rights, title and interest in **NEW DIMENSION WIRELESS LTD.** based upon his financial inability to acquire and otherwise

1

operate **NEW DIMENSION WIRELESS LTD. HARPER** acknowledges that the financing of the purchase price of $220,000 (two hundred twenty thousand dollars) and the costs of equipment necessary to operate **NEW DIMENSION WIRELESS LTD.**, has been provided by **RIZZO** .

    **4.**    **Notices.**                All notices and other communications hereunder shall be in writing and shall be deemed to have been duly given upon receipt of: hand delivery; certified or registered mail, return receipt requested; or telecopy transmission with confirmation of receipt:

           If to HARPER, to:           NEW YORK ACCESS CORP.
                                    230 Park Avenue
                                    New York, New York 10169

           If to RIZZO, to:            RAMONA RIZZO
                                    2660 Peachtree Rd
                                    Park Plaza
                                    APT. 14D
                                    Atlanta, Georgia 30305

Each party may change its notice address as set forth above by delivery of written notice to each other party hereunder.

    **5.**    **Governing Law.**           This Agreement shall be governed by and construed in accordance with the internal substantive laws and not the choice of law rules of the State of New York.

    **6.**    **Counterparts.**           This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

    **7.**    **Interpretation.**           The section headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement. All references contained herein to Sections shall be deemed to be references to Sections hereof unless otherwise provided or the context otherwise requires.

    **8.**    **Entire Agreement.**           This Agreement embodies the entire agreement and understanding of the parties hereto in respect of the subject matter contained herein, and supersede all prior agreements and understandings between the parties with respect to such subject matter.

    **9.**    **Amendment and Modification.**    This Agreement may be amended or modified only by written agreement of the parties hereto.

10.   **Binding Effect; Benefits.**          This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns; nothing in this Agreement, express or implied, is intended to confer on any person or entity other than the parties hereto and their respective successors and assigns, any rights, remedies, obligations or liabilities under or by reason of this Agreement.

11.   **Severability.**          If any provision of this Agreement or the application thereof to any person or circumstance shall be determined to be invalid or unenforceable, the remaining provisions of this Agreement or the application of such provision to persons or circumstances other than those to which it is held invalid or unenforceable shall not be affected thereby and shal be valid and enforceable to the fullest extent of the law.

**IN WITNESS WHEREOF,** the parties hereto have **duly** executed this Agreement as of the date **first** above written.

**ANTHONY HARPER**

By:
Name:          Anthony Harper

**RAMONA RIZZO**

By:
Name:          Ramona Rizzo

3