CO-386-online
10/03

# United States District Court
# For the District of Columbia

New Dimension Wireless, Inc.

vs                              Plaintiff

Avaxia, Inc. and Ramona Rizzo

Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  New Dimension Wireless, Ltd.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  New Dimension Wireless, Ltd.  which have

any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar # 45977
_____
BAR IDENTIFICATION NO.

Bryan T. McGinnis, Davis Wright Tremaine LLP
_____
Print Name

1500 K Street, N.W., Suite 450
_____
Address

Washington, D.C. 20005
_____
City               State               Zip Code

(202) 508-6685
_____
Phone Number