**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NEW DIMENSION WIRELESS, LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0933 (ESH)** |
| | ) | |
| **AVAXIA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of

Civil Procedure, plaintiff New Dimension Wireless, Ltd., by and through undersigned counsel,

hereby dismisses without prejudice this action against Defendants Avaxia, Inc. and Ramona

Rizzo.  Neither defendant has been served with a summons in this action, nor has either

defendant served an answer.

Dated: September 18, 2006

Respectfully submitted,

_____/s/_____
Bryan T. McGinnis (D.C. Bar No. 45977)
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005
(202) 508-6685 (telephone)
(202) 509-6699 (facsimile)

Attorney for Plaintiff