UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW DIMENSION WIRELESS, LTD., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AVAXIA, INC., et al., )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 06-0933 (ESH) |

## ORDER OF DISMISSAL

This action against defendants Avaxia, Inc. and Ramona Rizzo, having been voluntarily noticed for dismissal by Plaintiff, is dismissed without prejudice against defendants Avaxia, Inc. and Ramona Rizzo.

Dated: _____

By: _____
Clerk